```
 1  DANIELLE K. HERRING, ESQ., Bar # 24041281
    LITTLER MENDELSON, P.C.
 2  1301 McKinney Street
    Suite 1900
 3  Houston, TX  77010
    Telephone:    713.951.9400
 4  Fax No.:      713.951.9212

 5  HILARY B. MUCKLEROY, ESQ., Bar # 9632
    LITTLER MENDELSON, P.C.
 6  3960 Howard Hughes Parkway
    Suite 300
 7  Las Vegas, NV  89169-5937
    Telephone:    702.862.8800
 8  Fax No.:      702.862.8811

 9
    Attorneys for Defendants
10  UnitedHealth Group Short-Term Disability Plan, UnitedHealth
    Group, Incorporated and Sedgwick Claims Management Services,
11  Inc.
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GAIL ESCOBAR,<br><br>          Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP SHORT TERM DISABILITY PLAN; UNITEDHEALTH GROUP, INC.; SEDGWICK CLAIMS MANAGEMENT SERVICES,<br><br>          Defendants. | Case No. 2:12-cv-02208-GMN-NJK<br><br>**MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF SERVICE LIST** |

Pursuant to L.R. IA 10-6, Defendants UnitedHealth Group Short-Term Disability Plan, UnitedHealth Group, Incorporated and Sedgwick Claims Management Services, Inc. ("Defendants"), by and though counsel, hereby moves this court for an order to remove former counsel, John M. Russell, Esq. and Lauren A. Wong, Esq. of Lawrence & Russell, PLC, from the CM/ECF service list and mailing list on the above-referenced matter.

John M. Russell, Esq. and Lauren A. Wong, Esq. previously represented Defendants.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
1301 McKinney Street
Suite 1900
Houston, TX 77010
713.951.9400

However, an Order granting substitution of counsel was filed on February 11, 2013 (Dkt. #12).

A courtesy copy of this Motion is being simultaneously mailed to former counsel at the following last known address:

John. M. Russell, Esq.
Lauren A, Wong, Esq.
Lawrence & Russell, PLC
5178 Wheelis Drive
Memphis, TN 38117

By this Motion, Counsel seeks an Order that John M. Russell, Esq. and Lauren A. Wong, Esq. be removed as counsel of record for Defendants and that their names be removed from the CM/ECF notification list on this matter.

Dated: July 31, 2013

Respectfully submitted,

DANIELLE K. HERRING, ESQ.
HILARY B. MUCKLEROY, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

Dated: August 1, 2013.

United States Magistrate Judge